

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>LAYLA ANN MYERS,<br><br>        *Defendant*. | SEALED<br><br>Case No. CR 22-108 RAW |

FILED
JUL 26 2022
BONNIE HACKLER
Clerk, U.S. District Court
By _____ Deputy Clerk

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**DISTRIBUTION OF METHAMPHETAMINE**
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

On or about March 19, 2021, in the Eastern District of Oklahoma, the Defendant, **LAYLA ANN MYERS**, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

*/s/ Erin Cornell*
ERIN A. CORNELL, CA BAR # 227135
Assistant United States Attorney