OKED 442 (Rev. 09/15)

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

United States of America )
v. )
) **SEALED**
)
) Case No. CR-22-108-RAW
)
LAYLA ANN MYERS )
*Defendant* )

RECEIVED JUL 27 2022 U.S. Marshals Eastern Oklahoma

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

**LAYLA ANN MYERS**

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Distribution of Methamphetamine

DATE: 07/26/2022
Muskogee, Oklahoma

*WARRANT ISSUED:*
BONNIE HACKLER, Clerk

By: *Rachel Keefer*
*Deputy Clerk*

### Return

This warrant was received on *(date)* 7-27-22, and the person was arrested on *(date)* 7-28-22
at *(city and state)* McAlester, OK

Date: 7/28/22

FILED JUL 29 2022

*William R. Banks, DUSM*
*Arresting officer's signature*
*Printed name and title*

BONNIE HACKLER
Clerk, U.S. District Court

By _____
Deputy Clerk